# Documents needed for Cruises to Cuba

All guests cruising to Cuba must be in possession of the following documentation to sail. No exceptions will be made.

- **A valid passport book**:
  - ALL PASSENGERS MUST HAVE A PASSPORT TO CRUISE TO CUBA, with a minimum validity of 6 remaining months.
  - US Citizens MUST have a valid passport book with no less than 6 months validity. Please note that no other documents will be allowed for travel
  - US Permanent Residents MUST have a valid passport book from their country of origin and with not less than 6 months validity.
- **Completed Travel Affidavit Certification Form**: All guests MUST complete the relevant affidavit prior to boarding. A copy of the affidavit must be kept by the company and the guest for a minimum of 5 years from the sailing date.
- **Cuban visa** (a.k.a. Tarjeta del Turista): Please note that all guests must have a Cuban visa. Special regulations apply to certain nationalities and all guests born in Cuba, regardless of any other passport they may hold. Further details can be found in this document.
- **Valid visa documentation to enter the United States** (when applicable)
- **Health Insurance** (no action needed. This will be included for all guests as part of the cruise fare)

## Shore Excursions / People to People Program

A People to People shore excursion program has been designed for these sailings. All guests wishing to go ashore in Cuba, must do so as part of an organized P2P excursion.

Guests can purchase these excursions prior to or during their cruise. For further details, guests can review the information provided on the Tour Magazine on board or by contacting the Shore Excursions deck located on deck 5.

## OFAC Country Travel Affidavit

All guests MUST complete the relevant affidavit prior to boarding. A copy of the affidavit must be kept by the company and the guest for a minimum of 5 years from the sailing date.

Guests will receive a copy of the affidavit as part of their cruise ticket confirmation, so that form can be completed prior to arrival in the terminal. Guests are also able to download a copy of the affidavit from the website.

Instructions to complete the affidavit can be found below and will also be available at the check-in to help guests that may need additional assistance. Additional copies of the Affidavit (in English) will be available at the check-in; however, guests are strongly encouraged to bring the completed form with them in order to expedite their check-in process.

Step-by-step instructions:
- *Section A:* Place a checkmark next to 1, 2, 3, or 4; whichever best describes the reason for travel (If guests are participating in the people-to-people program, box 1 should be checked)
- *Section B:* Fill in the required information (if traveling with a minor 17 yrs. old and younger, please fill in the minor details)
- *Section C:* Read thoroughly and sign

**GUEST CERTIFICATION FOR AUTHORIZED U.S. TRAVEL TO CUBA**

I acknowledge and understand that U.S. law currently prohibits persons subject to U.S. jurisdiction from traveling to Cuba unless authorized under a general license, or a specific license, in compliance with the Cuban Assets Control Regulations ("CACR"), 31 C.F.R. Part 515, administered by the Office of Foreign Assets Control of the U.S. Department of Treasury ("OFAC"). In accordance with U.S. law, all MSC CRUISES S.A. ("MSC Cruises") passengers (including minors), regardless of their citizenship or visa status, traveling to Cuba from the U.S. must comply with CACR, and must complete this Guest Certification prior to boarding the vessel.

Please carefully read and fill in the following parts:

**A.  AUTHORIZED CUBA TRAVEL CATEGORIES**

All MSC Cruises guests (including minors) must review and check one of the below options:

[ ]  1.  MSC CRUISES PEOPLE TO PEOPLE PROGRAM: while in Cuba, I plan to participate in a program with a full day schedule of people-to-people educational exchange activities purchased through MSC Cruises USA (31 C.F.R. § 515.565(b)).

[ ]  2.  FULL DAY-THIRD PARTY PROGRAM: while in Cuba, I plan to participate in a program with a full day schedule of people-to-people educational exchange activities not purchased through MSC Cruises USA  and offered by a third party U.S. sponsoring organization, (31 C.F.R. § 515.565(b)).

3.  OTHER GENERAL LICENSE CATEGORIES: while in Cuba, I plan to participate in at least one of the following activities falling within the general authorized license categories provided by OFAC.

Please tick the box corresponding to your category:

[ ]  Family visits (31 C.F.R. § 515.561);

[ ]  Official business of U.S. government, foreign governments, and certain intergovernmental organizations (31 C.F.R. § 515.562);

[ ]  Journalistic activity (31 C.F.R. § 515.563);

[ ]  Professional research and professional meetings (31 C.F.R. § 515.564);

[ ]  Educational activities (31 C.F.R. § 515.565);

[ ]  Religious activities (31 C.F.R. § 515.566);

[ ]  Public performances, clinics, workshops, athletic and other competitions, and exhibitions (31 C.F.R. § 515.567);

[ ]  Support for the Cuban people (31 C.F.R. § 515.574);

[ ]  Humanitarian projects (31 C.F.R. § 515.575);

[ ]  Activities of private foundations or research or educational institutes (31 C.F.R. § 515.576);

[ ]  Exportation, importation, or transmission of information or informational materials (31 C.F.R. § 515.545); or

[ ]  Certain export transactions that may be considered for authorization under existing Department of Commerce regulations and guidelines with respect to Cuba or engaged in by U.S.-owned or -controlled foreign firms (see 31 C.F.R. § 515.533 and § 515.559).

[ ]  4.  SPECIFIC LICENSE: I am authorized to travel to Cuba under a specific license issued by OFAC. Please include the license number and a copy of the license. License number: _____.

**B.  PASSENGER'S DETAILS**                                    MINOR'S DETAILS

Passenger's Full Name : _____        Passenger's Full Name : _____
Date of Birth: _____        Date of Birth: _____
Passport No.: _____        Passport No.: _____
Country: _____        Country: _____
Address: _____        Address: _____

**C.  PASSENGER'S SIGNATURE**

By signing this guest certification, I declare that my travels fall under one of the above categories and that I will comply with any and all applicable regulatory requirements and restrictions related to my travel to Cuba.

_____
**Passenger Signature** (or signature of parent or guardian if under age 18)

PLEASE RETAIN A COPY OF THIS GUEST CERTIFICATION FOR AT LEAST FIVE (5) YEARS FROM THE DATE OF AUTHORIZED TRAVEL TO CUBA.

## Visa Requirements for Non-Cuban Born Guests

All guests cruising to Cuba will require a visa (Tarjeta del Turista) to visit to Cuba. Most nationalities are eligible to enter Cuba with this visa; however, certain restrictions apply***.

All guests requiring a visa can purchase it onboard during their cruise at an additional cost of USD 75.00 per visa. Please note that the Tarjeta del Turista is only valid for a single entry to Cuba; therefore, all guests sailing back-to-back will be required to purchase an additional visa at a cost of USD 75.00 for their second cruise. All visas will be distributed on board and the onboard account will be charged the relevant amount.

Guests will be required to fill in the information exactly as the visa requires; if there are any errors, the visa will be discarded and a new visa will be issued with an additional cost of USD 75.00 each time the visa will need to be corrected. Please note that the date of birth must be entered in dd/mm/yyyy.

Guests are also able to obtain the "Tarjeta del Turista" on their own; however, if for any reason a guest's visa is not accepted by immigration in Havana, we will sell them one of our visas on the spot and charge their onboard account USD 75.00 per visa

***Certain **restrictions** apply to the "Tarjeta del Turista" as detailed below:

- Cuban born guests, even if they hold a passport from another country, are not able to enter Cuba using a "Tarjeta del Turista". Please refer to relevant section for complete details

- A-1 Cuban Visa: Guests of the below mentioned nationalities also need to secure a special "A-1" Cuban visa, which must be arranged prior to sailing and guests ALSO need a "tarjeta del turista" to be allowed entrance in Cuba: Afghanistan / Bangladesh / Cameroon / Eritrea / Ethiopia / Ghana /  Guinea / India / Iran / Iraq / Kenya / Nepal / Nigeria / Pakistan / Philippines / Sierra Leone / Somalia / Sri Lanka / Vietnam / Yemen

   **Guests requiring an A-1 visa that has not been secured prior to sailing will be denied boarding.**

   Guests who require assistance processing their visa can contact:  Cuba Travel Services  > [ HYPERLINK "https://www.cubatravelservices.com" ] or by calling 1-800-963-CUBA (2822). The application can take up to 60 days, so guests must plan ahead

## Visa Requirements for Cuban Born Guests

Any guest born in Cuba is ineligible to enter Cuba with the Tarjeta del Turista visa. Documentation requirements for Cubans differ depending on the year the guest left Cuba and we will rely on them to inform us honestly which year they left Cuba. **Cuban born guests that don't have the required documentation and applicable visas will be denied boarding.**

Documentation requirements for Cuban born guests is as follows:

Guests who **left Cuba PRIOR to 1971**:

- Those who left Cuba prior to January 1, 1971 and <u>don't have a valid Cuban passport</u>, must travel with **their foreign (or US) passport book** valid for at least 6 months after sailing date, along with a special type of visa, called an **HE-11 visa**. Guests must apply for this visa prior to travel and the application process can take up to 90 days.

OR

- Those who left Cuba prior to January 1, 1971 and **HAVE a valid Cuban passport**, are required to have a **Habilitación** Permission of Re-Entry visa inside of their passport (pictured below) and these do not expire.




Guests who **left Cuba AFTER to 1971**:

- Cuban-born citizens who left Cuba on or after January 1, 1971, must enter Cuba using their valid Cuban passport, along with the **Habilitación** Permission of Re-Entry visa inside of their passport.

    ***SPECIAL NOTE:*** Cuban passports issued after November 2017 do not need the habilitation.  Prorroga stamps still apply after these passports become more than 2 years old

## ***** IMPORTANT NOTE regarding Cuban passports *****

Cuban passports are valid for six years, but must be renewed **every two years**. Therefore, it is imperative to check the issue date of the passport, and if it was issued more than two years ago, they must have a "prorroga" stamp in the passport, which cannot be older than 2 years.

For additional details, guests can contact their local Cuban embassy or consulate in their country of residency. Those residing in the United States may contact the Cuban Embassy in Washington, DC.
**Website:** http://misiones.minrex.gob.cu/en/usa/consular-services

Guests who require assistance processing their passport or visa can contact: Cuba Travel Services > [ HYPERLINK "https://www.cubatravelservices.com" ] or by calling 1-800-963-CUBA

(2822).

The application can take up to 90 days, so guests must plan ahead

CONFIDENTIAL