# Exhibit 37

# To MSC Cruises' Statement of Undisputed Facts in Support of Its Individual Motion for Summary Judgment

# (FILED UNDER SEAL)