UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23588-CIV-BLOOM/LOUIS

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

MSC CRUISES S.A.,
MSC CRUISES S.A., CO.
MSC CRUISES (USA), INC.

    Defendants.
_____/

**PLAINTIFF HAVANA DOCKS CORPORATION'S
STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS INDIVIDUAL
MOTION FOR SUMMARY JUDGMENT AGAINST MSC CRUISES S.A., MSC
CRUISES S.A., CO., MSC CRUISES (USA), INC.**

1

1. MSC Cruises S.A. is a corporation charted and located in Geneva, Switzerland. (ECF No. 133, at ¶ 2.)
2. MSC Cruises S.A. is a company doing business in the U.S. (ECF No. 201-6, at 240:21.)
3. MSC Cruises S.A. has been registered to conduct business in the United States since 2014. (ECF No. 201-6, at 242:23-243:15.)
4. MSC Cruises S.A. sells cruises in the U.S., including in South Florida. (ECF No. 201-6, at 242:23-243:24.)
5. MSC Cruises S.A. owned and operated the ships that cruised to Cuba. (ECF No. 201-6, at 19:25-20:18; ECF No. 218-4, at 10-11 (RFA No. 23).)
6. MSC Cruises S.A. "operated cruise ships which traveled to Cuba, including cruises to Cuba from Miami that used the Havana Port Terminal to embark and disembark passengers in Havana." (ECF No. 133, at ¶¶ 2, 3.)
7. MSC Cruises S.A. "operate[d] its cruises through its subsidiaries and affiliated companies, including the subsidiaries owning or leasing the ships of its fleet that have provided cruises to Cuba from Miami, and control[led] and decide[d] the destinations and itineraries of its cruise ships." (ECF No. 133, at ¶ 2.)
8. MSC Cruises S.A. developed the cruise itineraries that included a stop in Cuba. (ECF No. 201-2, at 58:2-58:19.)
9. MSC Cruises S.A. set ticket pricing for the cruises to Cuba. (ECF No. 201-1, at 114:21-115:10.)
10. MSC Cruises S.A. has operated cruise ships from the Port of Miami since approximately 2013. (ECF No. 201-1, at 245:24-251:23.)
11. Between 2015 and 2019, MSC Cruises S.A. owned and operated the MSC Opera ("Opera") and MSC Armonia ("Armonia") cruise ships (collectively, the "MSC Ships") that sailed to Cuba. (ECF No. 201-6, at 19:25-21:10.)
12. MSC Cruises S.A. is the parent company of MSC Cruises (USA), Inc. and MSC Cruises S.A. Co. (ECF No. 201-6, at 13:16-15:4.)
13. MSC Cruises (USA), Inc. maintains its principal place of business at 6750 N. Andrews Ave., Suite 100, Ft. Lauderdale, Florida 33309. (ECF No. 115, at ¶ 4.)
14. MSC Cruises (USA), Inc. is a wholly-owned subsidiary of MSC Cruises S.A. (ECF No. 218-4, at 10 (RFA No. 20); ECF No. 115, at ¶ 4.)

15. MSC Cruises (USA), Inc. has operated from Fort Lauderdale, Florida since at least 2004. (ECF No. 201-1, at 15:21-18:13.)

16. MSC Cruises (USA), Inc. transacts business on behalf of MSC Cruises S.A. in Florida. (ECF No. 201-1, at 157:25-158:12.)

17. Since at last 2004, MSC Cruises (USA), Inc. has performed "sales and marketing" as a "ticketing office or agent" in the U.S. market for the cruises offered by MSC Cruises S.A. anywhere in the world. (ECF No. 201-6, at 17:25-19:5, 246:11-18; ECF No. 201-1, at 16:12-17:22.)

18. MSC Cruises (USA), Inc. sold and marketed MSC Cruises S.A.'s cruises from Miami to Cuba. (ECF No. 115, at ¶ 4.)

19. MSC Cruises (USA), Inc. received, on behalf of MSC Cruises, S.A., revenue from its Florida business operations involving marketing and selling tickets for cruises to Cuba. (ECF No. 201-1, at 136:5-138:15, 156:20-158:12, 173:9-173:23.)

20. MSC Cruises (USA), Inc. marketed and sold tickets for cruises on the Armonia that docked at the Havana Port Terminal. (ECF No. 201-1, at 134:4-138:25, 141:17-24, 157:8-160:5; ECF No. 218-4, at 52 (RFA No. 130).)

21. MSC Cruises S.A. funded all of MSC Cruises (USA) Inc.'s sales and marketing operations in the United States. (ECF No. 201-1, at 138:16-141:16, 170:22-171:2.)

22. MSC Cruises S.A. CO. maintained its principal place of business at 6750 N. Andrews Ave., Ste. 100, Ft. Lauderdale, Florida 33309.  (ECF No. 115, at ¶ 3.)

23. MSC Cruises S.A. CO. was administratively dissolved in September 2020, during the course of this litigation. (ECF No. 218-19, at 2.)

24. MSC Cruises S.A. CO. was a wholly-owned subsidiary of MSC Cruises S.A. (ECF No. 218-4, at 10 (RFA No. 21).)

25. Before MSC Cruises S.A. began to cruise to Cuba it was aware of the LIBERTAD Act. (ECF No. 201-3, at 51:22-52:16.)

26. Rick Sasso ("Sasso"), the Chairman of MSC Cruises (USA), Inc., has been aware of the LIBERTAD Act since 1996-97. (ECF No. 201-1, at 40:25-41:21.)

27. Sasso became President and CEO of MSC Cruises (USA) Inc. in 2004. (ECF No. 201-1, at 15:22-16:2.)

28. On February 11, 2019, MSC Cruises S.A., MSC Cruises (USA) Inc, and MSC Cruises S.A.

CO (collectively "the MSC Defendants") received a letter ("hereinafter referred to as the "Margol Letter") addressed to Gianni Onorato, the Chief Executive Officer of MSC Cruises S.A. ("Onorato"), from attorney Rodney Margol, counsel for Havana Docks, advising that MSC was "knowingly and intentionally engaged in trafficking" in the Havana Port Terminal, citing Certified Claim CU-2492 and demanding that "the unlawful trafficking on my client's property cease immediately." (ECF No. 201-1, at 43:8-46:21; ECF No. 201-11, at 2-3; ECF No. 218-6, at HDC 018658 at 2-3; ECF No. 201-6, at 56:18-58:10; ECF No. 115, at ¶ 26; ECF No. 133, at ¶ 26.)

29. None of the MSC Defendants ever responded to the Margol Letter. (ECF No. 201-1, at 47:2-48:18; ECF No. 201-6, at 61:23-66:15.)

30. None of the MSC Defendants made any effort to contact Mr. Margol in response to the Margol Letter. (ECF No. 201-6, at 57:9-62:2; ECF No. 201-11, at 2-3; ECF No. 201-1, at 43:22-48:18.)

31. After February 11, 2019, the MSC Ships continued to dock at the Havana Port Terminal. (ECF No. 201-6, at 66:16-67:3; ECF No. 218-4, at 18-19 (RFA Nos. 46–48), at 30 (RFA No. 79).)

32. MSC never requested or obtained the authorization of Havana Docks to use, operate, profit from, contract for the use of, dock the MSC Ships at, or embark and disembark passengers at, the Havana Port Terminal. (ECF No. 218-4, at 6-9 (RFA Nos. 10-17); ECF No. 201-1, at 52:21-53:4; ECF No. 201-3, at 60:14-20; ECF No. 201-6, at 70:14-71:10.)

33. MSC never received any authorization from the U.S. Government to use the Havana Port Terminal. (ECF No. 201-3, at 192:13-19.)

34. Between 2015 and 2019, the MSC Ships docked at the Havana Port Terminal on all their voyages to Havana, Cuba. (ECF No. 218-4, at 18 (RFA No. 45), at 28 (RFA No. 73).)

35. Between 2015 and 2019, the Opera docked at the Havana Port Terminal to embark and disembark passengers in Havana. (ECF No. 218-4, at 28-30 (RFA Nos. 74-79), at 31 (RFA No. 81); ECF No. 201-6, at 134:13-135:17; ECF No. 201-5, at 49:4-49:18.)

36. Between December 2018 and June 2019, the Armonia docked at the Havana Port Terminal to embark and disembark passengers in Havana. (ECF No. 218-4, at 16-17 (RFA Nos. 40-42), at 18-19 (RFA No. 46-49); ECF No. 201-6, at 134:13-135:17; ECF No. 201-5, at 49:4-18, 50:18-21.)

37. The Opera used the Havana Port Terminal as a homeport from 2015 to 2019. (ECF No. 218-4, at 28-30 (RFA Nos. 74-78); ECF No. 201-6, at 21:11-22:14; ECF No. 202-30, at 3-4.)

38. The Armonia used the Havana Port Terminal as a homeport in 2016, 2017, and 2018. (ECF

No. 201-6, at 22:15-23:5; ECF No. 218-4, at 21-22 (RFA Nos. 54, 55, 56).)

39. The Opera homeported in Havana at the Havana Port Terminal from 2015 through March 2019 overlapping with the Armonia's cruises from Miami to the Havana Port Terminal that took place from December 2018 through June 2019.  (ECF No. 201-6, at 19:25-24:11; ECF No. 218-16, at 2-3; ECF No. 218-15, at 2-3.)

40. From December 2018 through June 2019, the Armonia made 25 voyages from Miami to Havana, and docked at the Havana Port Terminal on 50 calendar days. (ECF No. 218-22, at 16-17 (RFA Nos. 40-42); ECF No. 133, at ¶ 2; ECF No. 218-1, at 3-4 (Interrog. No. 3).)

41. Between 2016 and 2018, the Armonia made 65 voyages from Havana, Cuba to Havana, Cuba and docked at the Havana Port Terminal.  (ECF No. 218-5, at 2-3 (Interrog. No. 2); ECF No. 218-16, at 2-3.)

42. The Armonia made 16 voyages to Havana on or after February 11, 2019.  (ECF No. 218-4, at 18 (RFA No. 47).)

43. The Armonia docked at the Havana Port Terminal on 32 calendar days after February 11, 2019.  (ECF No. 218-4, at 18 (RFA No. 48).)

44. The Armonia last docked at the Havana Port Terminal on June 2, 2019. (ECF No. 218-1, at 4 (RFA No. 3).)

45. Between 2015 and 2019, the Opera made 100 voyages from Havana, Cuba to Havana, Cuba, and docked at the Havana Port Terminal.  (ECF No. 218-16, at 2-3.)

46. The Opera docked at the Havana Port Terminal after February 11, 2019.  (ECF No. 218-4, at 30 (RFA No. 79).)

47. The Armonia docked at the Havana Port Terminal after February 11, 2019.  (ECF No. 218-4, at 18 (RFA No. 46).)

48. From December 2018 through June 2019, a total of 51,908 passengers sailed on cruises to Havana, Cuba by the Armonia.  (ECF No. 218-4, at 17-18 (RFA No. 44).)

49. MSC Cruises S.A. disembarked passengers from the Armonia at the Havana Port Terminal for shore excursions in Havana. (ECF No. 218-4, at 45 (RFA No. 116).)

50. Shore excursions offered in Havana to passengers on the MSC Ships began and ended at the Havana Port Terminal, where passengers disembarked and embarked the vessel. (ECF No. 201-7, at 73:19-74:21.)

51. Between 2015 and 2019, MSC Cruises S.A. entered into contracts with Aries Transportes

S.A. ("Aries"), the department or agency of the Cuban Government that operates the Havana Port Terminal, for the MSC Ships to dock at the Havana Port Terminal and other Cuban ports. (ECF No. 218-4, at 41 (RFA Nos. 105, 106); ECF No. 218-13, at MSCUSA0000079421–435; ECF No. 202-31, at MSCCUSA0000079403–420; ECF No. 201-6, at 135:18-136:21, 153:24-160:25, 161:23-162:8.)

52. MSC Cruises S.A. contracted with Agencia Maritima Mapor S.A. ("Mapor"), the port agent for the Cuban Government. (ECF No. 218-4, at 43 (RFA No. 110, 111); ECF No. 201-6, at 145:2-11, 146:17-21; ECF No. 218-14, at MSCCUSA0000079937–MSCCUSA0000079950.)

53. MSC Cruises S.A. paid Aries indirectly through Mapor for fees charged for use of the Havana Port Terminal by the MSC Ships for docking and the embarkation and disembarkation of passengers. (ECF No. 218-3, at 7-8 MSC SA Answer to Rog C at 6-7 (Feb. 8, 2021).)

54. Between March 1, 2017 and June 30, 2020, "MSC Cruises S.A. made payments to Mapor which the invoices reflect were intended to be transmitted by Mapor to Aries as payments for MSC Cruises S.A.'s use of the Havana Port Terminal for docking and the embarkation and disembarkation of passengers." (ECF No. 218-4, at 44 (RFA No. 112).)

55. Between February 7, 2017 and June 28, 2019, MSC paid Mapor at least $9,314,386.41 related to Mapor's services as ship agent for MSC Cruises S.A. and for use by the MSC Ships of the Havana Port Terminal and one other port in Cuba. (ECF No. 218-3, at 7-8 (Interrog. C); ECF No. 218-2, at 3 (Interrog. No. 3(l)), 6-41 (Interrog. No. 6); ECF No. 218-4, at 43-44 (RFA No. 111).)

56. MSC Cruises S.A. contracted with Agencia Viajes Cubanacan S.A. ("Cubanacan") to operate shore tourist excursions in Havana that MSC Cruises S.A. sold to passengers on the MSC Ships, including going to the beach. (ECF No. 218-9, at MSCCUSA0000066315–388; ECF No. 201-7, at 34:1-40:22; ECF No. 218-4, at 45-46 (RFA Nos. 115-117).)

57. Cubanacan was a part of the Cuban Government's Ministry of Tourism. (ECF No. 201-3, at 202:7-15; ECF No. 201-7, at 34:1-34:18, 39:19-40:3.)

58. As part of Cubanacan's shore excursion operation, it provided ground and transportation services to and from the Havana Port Terminal for MSC Cruises S.A. passengers. (ECF No. 201-6, at 146:6-25, ECF No. 218-9, at MSCCUSA0000066317-318.)

59. Between December 16, 2016 and June 28, 2019, MSC Cruises S.A. paid Cubanacan at least $7,623,480.37 for shore excursions offered to passengers on the MSC Ships. (ECF No. 218-

4, at 46 (RFA No. 117); ECF No. 218-2, at 3-41 (Interrog. Nos. 3(l), 5, 6); ECF No. 218-3, at 7 (Interrog. C).)

60. MSC Cruises S.A. paid the Cuban Government $88,300 on average for each time the MSC Ships called on the Havana Port Terminal. (ECF No. 201-3, at 208:13-210:18; ECF No. 202-12, at MSCCUSA0000080535.)

61. The Opera averaged 2,000 passengers for each call to Havana. (ECF No. 201-3, at 208:13-210:18; ECF No. 202-12, at MSCCUSA0000080536.)

62. MSC earned €247,024,000.00 million in *net cruise revenues* from cruises on the MSC Ships that docked at the Havana Port Terminal between 2015 and 2019. (ECF No. 218-5, at 3 Interrog. No. 2); ECF No. 218-6, at 3; ECF No. 202-32, at 3-7.)

63. Between December 2018 and June 2019, *net cruise revenue* for cruises from the United States to Cuba on the Armonia that docked at the Havana Port Terminal was €38,994,000.00. (ECF No. 218-4, at 50 (RFA No. 125); ECF No. 202-32, at 3-7.)

64. Between December 2018 and June 2019, *net ticket revenue* for cruises from the United States to Cuba on the Armonia was €26,387,000.00. (ECF No. 218-4, at 49 (RFA No. 123).

65. MSC Cruises S.A. "earned revenue from cruises on the MSC Opera that docked at the Havana Cruise Port Terminal between December 2015 and March 2019. . . ." (ECF No. 218-4, at 32 (RFA No. 83).)

66. MSC Cruises S.A. "earned revenue from its cruises on the MSC Opera that used the Havana Cruise Port Terminal as the homeport. . . . " (ECF No. 218-4, at 32-33 (RFA No. 84).)

67. MSC Cruises S.A. "earned revenue from cruises on the MSC Armonia that docked at the Havana Cruise Port Terminal between November 2016 and June 2019. (ECF No. 218-4, at 19-20 (RFA No. 51).)

68. MSC Cruises S.A. "earned revenue from its cruises on the MSC Armonia that used the Havana Cruise Port Terminal as the homeport." (ECF No. 218-4, at 20 (RFA No. 52).)

69. MSC Cruises S.A. profited from its use of the Havana Port Terminal. (ECF No. 201-6, at 136:7-16.)

70. The U.S. Government did not require MSC Cruises S.A. to cruise to Havana. (ECF No. 201-6, at 100:6-8.)

71. The U.S. Government did not instruct, direct, or designate MSC Cruises (USA) Inc., whether orally or in writing, requiring it to use the Havana Port Terminal in its cruises to Cuba.

(ECF No. 218-4, at 12 (RFA No. 26), 12 (RFA No. 27), 15-16 (RFA No. 35-39); ECF No. 201-3, at 96:2-96:13; ECF No. 201-1, at 102:14-103:19, 104:16-105:8, 112:5-25; ECF No. 201-6 at 100:3-5.)

72. The U.S. Government did not instruct, direct, or designate MSC Cruises S.A. CO, whether orally or in writing, requiring it to use the Havana Port Terminal in its cruises to Cuba. (ECF No. 218-4, at 12 (RFA No. 26), 12 (RFA No. 27), 15-16 (RFA No. 35-39); ECF No. 201-3, at 96:2-96:13; ECF No. 201-1, at 102:14-103:19, 104:16-105:8, 112:5-25; ECF No. 201-6, at 100:3-5.)

73. The U.S. Government did not instruct, direct, or designate MSC Cruises S.A., whether orally or in writing, requiring it to use the Havana Port Terminal in its cruises to Cuba. (ECF No. 218-4, at 12 (RFA No. 26), 12 (RFA No. 27), 15-16 (RFA No. 35-39); ECF No. 201-3, at 96:2-96:13; ECF No. 201-1, at 102:14-103:19, 104:16-105:8, 112:5-25; ECF No. 201-6, at 100:3-5.)

74. The U.S. Government did not tell MSC Cruises S.A. that it could not go to another port in Cuba besides Havana. (ECF No. 201-6, at 100:9-14.)

75. MSC Cruises S.A. was not required to cruise to Cuba. (ECF No. 201-1, at 112:5-25.)

76. MSC Cruises S.A. decided which ports it would call on in Cuba, not the U.S. Coast Guard. (ECF No. 201-3, at 79:25-80:4.)

77. There is no reference to the LIBERTAD Act in the Office of Foreign Assets Control ("OFAC") General License. (ECF No. 201-6, at 68:17-20.)

78. The OFAC General License did not specify the use of the Havana Port Terminal. (ECF No. 201-6, at 69:10-14.)

79. The OFAC General License does not make it necessary for the MSC Ships to use the Havana Port Terminal. (ECF No. 201-6, at 69:22-70:11.)

80. Neither OFAC nor the U.S. Department of Commerce provided any specific approval of a specific port to be used by the MSC Ships during their cruises to Cuba. (ECF No. 201-6, at 81:18-82:6.)

81. OFAC did not give MSC Cruises S.A. a specific license to use, operate, and embark and disembark passengers on the Havana Port Terminal. (ECF 218-4, at 13-14 (RFA Nos. 29-31).)

82. OFAC never provided a specific license to MSC Cruises S.A. with regards to any of its cruises to Cuba. (ECF No. 201-6, at 133:12-18.)

83. The U.S. Coast Guard did not require MSC Cruises S.A. to cruise to Havana, Cuba. (ECF No. 218-4, at 15 (RFA No. 35).)

84. In meetings with Cuban Government officials, MSC Cruises S.A. was never told that it was required to dock the MSC Ships at the Havana Port Terminal. (ECF No. 201-3, at 109:24-113:12.)

85. The Cuban Government did not require MSC Cruises S.A. to cruise to Havana. (ECF No. 201-6, at 99:25-100:2.)

86. The Cuba Government did not tell MSC Cruises S.A. that it could only cruise to Havana, Cuba. (ECF No. 201-6, at 100:15-18.)

87. The port facility in the Cuban port of Santiago de Cuba housed immigration and customs services to cruise passengers. (ECF No. 201-6, at 78:15-79:24.)

88. The Cuban Government authorized MSC Cruises S.A. to berth the Opera at the Havana Container Terminal. (ECF No. 202-52, at MSCCUSA0000077333; ECF No. 202-51, at MSCCUSA0000077416, MSCCUSA0000077419; ECF No. 218-23, at MSCCUSA0000077299.)

89. Cruise ships were allowed to anchor in the Port of Havana Anchorage No. 1 ("La Tasajera") and tender passengers during the same time frame that the MSC Ships docked at the Sierra Maestra Terminal. (ECF No. 218-20, at 181:9-10, 183:5-184:6, 186:5-187:9, 188:10-189:3, 191:8-197:6; ECF 218-20, at 54; ECF No. 218-22, at 4 (RFA No. 1), 4 (RFA No. 6), and 6 (RFA No. 20); ECF No. 218-24, at RCL-Havana0157545–46; ECF No. 218-20, , at 186:5-188:22; ECF No. 218-21, , at HavanaDocks_0484033; ECF No. 218-25, at NCLH_23591-00049220.)

90. From 2017 to 2019, Viking Cruises offered cruises that called in Cienfuegos and transported passengers to Havana by bus for a one- or two-day excursion. (ECF No. 218-26, at 27:16-29:23, 32:4-8, 35:14-36:14, 40:14-41:6, 44:24-46:6, 49:5-12, 50:18-53:1, 60:24-68:18, 80:15-81:5, ECF No. 218-26, at Viking 0002-0005, ECF No. 218-26, at Viking 0006; ECF No. 218-26, at 67 and 76; ECF No. 218-26, at 119, 131, 135.)

91. The MSC Ships were capable of anchoring offshore and tendering passengers to shore, as they did at Punta Frances, Isla de Juventud, Cuba. (ECF No. 218-4, at 23-24 (RFA Nos. 59-61), 24 (RFA No. 63), and 34-35 (RFA No. 89-91); ECF No. 201-3, at 34:11-35:1; ECF No. 201-6, at 76:23-77:17; ECF No. 201-5, at 49:4-15.)

92. Cruise ships could embark and disembark passengers at Punta Frances in Isla de la Juventud and Holguin. (ECF No. 218-27, at 68:17–69:22, 79:4-81:5; ECF No. 218-27, at 247, 249; ECF 218-30, at 3.)

93. The Cuban Government authorized the MSC Ships to sail to Punta Frances, Isla de

Juventud, Cuba, and to travel passengers to and from shore by tender boats. (ECF No. 218-4, - at 23 (RFA No. 59, 61), 39 (RFA No. 100).)

94. MSC Cruises S.A. could, and did, embark and disembark passengers in Punta Frances, Isla de Juventud, Cuba. (ECF No. 218-4, at 22 (RFA Nos. 57-58), 33 (RFA No. 85), 34 (RFA No. 89).)

95. MSC Cruises S.A. decided to offer cruises to Cuba because it was a good business opportunity. (ECF No. 201-6, at 95:5-96:6.)

96. Because MSC Cruises S.A. was selling fly-in cruises to Havana, the proximity of the international airport located in Havana was an important factor in the business decision by MSC Cruises S.A. to homeport its ships at the Havana Port Terminal. (ECF No. 201-8, at 78:24-80:18; ECF No. 201-3, at 87:19-90:7.)

97. There was nothing that limited MSC Cruises S.A. from ordering a ship that could go to either Santiago de Cuba or Cienfuegos. (ECF No. 201-6, at 116:6-117:4.)

98. Other cruise lines, such as Carnival, Thomson, Fred Olsen, and Noble Caledonia offered cruises to Cuba that stopped in Cienfuegos, Santiago, and/or Holguin but did not include a stop in Havana. (ECF No. 218-31, at 8–11, 13; ECF No. 218-32, at 153:14-21; ECF No. 218-33, at 21:3-23:10, 28:17-29:11; ECF No. 218-33, 61, 62, 63.)

99. Cruises are tourism. (ECF No. 201-3, at 216:16-217:1 ("Q: Did any of the Cuban Government ministers speak at that event? A: Yeah. They were the ones that you see there. There was the minister of turisma [sic], of transport – each one of them, you know, had – there was – as you can see from the agenda here, Mr. Malmierca, who is the minister of commerce of foreign trade, and Mr. Marrero, minister of turisma [sic]. You know, everyone said how good and appealing Cuba was in receiving tourists and cruise – cruise ships and that's all.").)

100. The Cuban Government required United States citizens that traveled on MSC Ships to purchase a "tourist visa" to disembark the vessel in Havana. (ECF No. 201-40, at MSCCUSA0000050638.)

101. MSC Cruises S.A. approved and determined the shore excursions that could be offered to passengers on the MSC Ships, and contracted with Cubanacan for these excursions. (ECF No. 201-7, at 85:10-87:4, 90:12-24; ECF No. 218-9, at MSCCUSA0000066315–388.)

102. MSC Cruises S.A. sold a "Sun, Sea and Sand at Varadero Beach" shore excursion to passengers on the MSC Ships. (ECF No. 218-8, at MSCCUSA0000065589; ECF No. 201-7, at

35:25-37:15; ECF No. 218-11, at MSCCUSA0000068785.) On this "journey to the beach," passengers could "enjoy all the delights afforded by the 18-km stretch of fine white sand from the Varadero Hotel." (ECF 218-17, at NCLH_23591-00027314.) This "thoroughly relaxing tour" offered passengers drinks service and "5 hours to savour the surroundings, go swimming, stroll along the beach, listen to Cuban music or even have a go at beach games." ." (ECF No. 18-17 at NCLH_23591-00027314.)

103. MSC Cruises S.A. sold a "Beach Time at Santa Maria del Mar" shore excursion to passengers on the MSC Ships. (ECF No. 218-8, at MSCCUSA0000065588-89) This excursion took place at a "beautiful beach complex" where Passengers could enjoy beverage service, three-hours at the beach and "take part in beach games." (ECF No. 218-17 at NCLH_23591-00027313; ECF No. 218-18, at RCL-Havana0127754.)

104. MSC Cruises S.A. sold shore excursions to passengers on the MSC Ships to attend the "Tropicana Cabaret." (ECF No. 218-10, MSCCUSA0000068715 at 2.) This excursion took place at "the island's largest nightclub" and featured "dancing girls wearing scanty costumes and feathered headgear." (ECF No. 202-43, at MSCCUSA0000054054.) Passengers attending this excursion were provided a quarter bottle of rum with a suitable mixer to sip during the show. (ECF No. 202-43, at MSCCUSA0000054054.)

105. The MSC Cruises S.A. passengers did not interact with any Cuban individual who did not support the Cuban Government or receive presentations about the lack of political freedom in Cuba during their shore excursions. (ECF No. 201-3, at 202:16-203:13.)

106. The MSC Cruises S.A. passengers were not informed of the human rights violations that existed in Cuba during the time that the passengers went onshore to participate in shore excursions. (ECF No. 201-3, at 203:25-204:13.)

107. MSC Cruises S.A. did not educate its passengers about the lack of political freedoms. (ECF No. 201-3, at 206:3-207:3.)

108. It never concerned the CEO of MSC Cruises S.A., Giovanni Onorato, that during the shore excursions in Cuba the passengers from the MSC ships were only given the view of life in Cuba as presented by the Cuban Government. (ECF No. 201-3, at 207:5-9.)

109. The Cuban Government authorized cruise lines to use the ports or anchorage sites at Santiago, Cienfuegos, Havana, Isla de la Juventud, and Holguin. (ECF No. 218-27, at 79:4-80:16, 99:16-100:1, 158:3-159:13.)

Dated:  September 20, 2021				Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com

By: Roberto Martínez
Roberto Martínez
Florida Bar No. 305596
bob@colson.com
Thomas Kroeger
Florida Bar No. 19303
tom@colson.com
Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com
Aziza F. Elayan-Martínez
Florida Bar No. 92736
aziza@colson.com
Sabrina S. Saieh
Florida Bar No. 125290
sabrina@colson.com

- and -

**MARGOL & MARGOL, P.A.**
2029 3rd Street North
Jacksonville Beach, Florida 32250
Telephone: (904) 355-7508
Facsimile: (904) 619-8741

Rodney S. Margol, Esquire
Florida Bar No. 225428
Rodney@margolandmargol.com

*Attorneys for Plaintiff Havana Docks Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed under seal with the Clerk of the Court. I also certify that the foregoing document is being served this 20th day of September, 2021, on all counsel of record or pro se parties via electronic mail.

By: s/ Roberto Martínez
Roberto Martínez